RECEIVED

JAN - 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| EDNA MALLERY | CIVIL ACTION NO. 13-cv-2790 |
| VERSUS | JUDGE DOHERTY |
| CAREN BECKER AND PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

The plaintiff's Motion to Amend Complaint and Remand Case to State Court[Rec. Doc. 7] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, which was issued December 2, 2013[Rec. Doc. 16]. After an independent review of the record, and absent any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, the plaintiff's motion is GRANTED, and this matter shall be REMANDED to the state district court from which it was removed.

Signed this 6 day of Jan., ~~2013~~ 2014.

REBECCA F. DOHERTY
United States District Judge